UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **5:19-cv-01244-JFW (AFM)**      Date: **November 18, 2019**

Title    **Derrick Cunningham v. L.J. Milusnic, et al.**

---

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause**

    On October 9, 2019, the Court dismissed plaintiff's Complaint with Leave to Amend ("Order") and advised plaintiff that if he desired to pursue the action he may file a First Amended Complaint remedying the pleading deficiencies discussed in the Order by November 8, 2019. (ECF No. 18.) Plaintiff was admonished that if he failed to timely file a First Amended Complaint, the Court would recommend that the action be dismissed without leave to amend and with prejudice on the grounds set forth in the Order and for failure to diligently prosecute. The docket shows that, as late as the date of this Order, plaintiff has not filed a First Amended Complaint.

    Accordingly, IT IS ORDERED that within 15 days from the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of a First Amended Complaint within 15 days shall discharge the Order to Show Cause.

    Further, plaintiff is admonished that if he fails to timely file a First Amended Complaint remedying the pleading deficiencies, the Court will recommend that this action be dismissed without leave to amend and with prejudice.

    IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | ib |