1

2

3

4

5

6

7
**UNITED STATES DISTRICT COURT**

8
**CENTRAL DISTRICT OF CALIFORNIA**

9
**EASTERN DIVISION**

10

11
DERRICK CUNNINGHAM,                              Case No. 5:19-cv-01244-JFW-AFM

12
        Plaintiff,

13
    v.                                                              **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF**

14
L. J. MILUSNIC, et al.,                                 **UNITED STATES MAGISTRATE JUDGE**

15
        Defendants.

16

17
       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and

18
Recommendation of United States Magistrate Judge.  The time for filing Objections

19
to the Report and Recommendation has passed and Objections have not been

20
received.

21
       IT THEREFORE IS ORDERED that (1) the Report and Recommendation of

22
the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered

23
dismissing the First Amended Complaint without further leave to amend and with

24
prejudice for failure to state a claim.

25
DATED:  June 11, 2020

26

27
_____
           JOHN F. WALTER

28
       UNITED STATES DISTRICT JUDGE