**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK CUNNINGHAM, | Case No. 5:19-cv-01244-JFW-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| L. J. MILUSNIC, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Complaint is dismissed without further leave to amend and with prejudice for failure to state a claim.

DATED:  June 11, 2020

_____

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE